IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 15-00168-CG |
| | * | |
| **MANILA CHICAGO,** | * | |
| | * | |
| Defendant. | * | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS the Indictment (Doc. 1), the Bill of Particulars (Doc. 27) and the Amended Bill of Particulars (Doc. 32) in the above-entitled action provided the notice required by Federal Rules of Criminal Procedure 32.2(a), which notified the defendant **MANILA CHICAGO**, that upon conviction of the violations alleged therein, money laundering, in violation of Title 18, United State Code, Section 1957, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1), the United States would seek forfeiture of certain property, in accordance with Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Section 853.

AND WHEREAS the defendant **MANILA CHICAGO**, having entered a written guilty plea (Doc. 70) to Counts 4, 5 and 11 of the Indictment with the United States, and agreed to confess the forfeiture to the United States of all properties which represent proceeds of this criminal activities or which facilitated any aspect thereof;

AND WHEREAS the Court finds that based on the foregoing, the United States has established the required nexus between the property it seeks to forfeit and offense of which the defendant has been convicted, as required by Federal Rule of Criminal Procedure 32.3(b)(1)(A), and for the reasons stated, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2(b), the property identified as follows is hereby forfeited to the United States, for disposition according to law:

**The contents of PNC Bank Account No. XXXXXX7406, a joint checking account held in the names of Manila Chicago and/or Loan Nguyen;**

**The contents of PNC Bank Account No. XXXXXX1595, a checking account held in the name of Loan Nguyen; and,**

**The residence and real property at 13915 Sprinkle Avenue, Mobile, Alabama, 36509.**

**The real property identified as Mobile County Parcel # R021309320000107.02**

**containing approximately 5.41 acres and legally described as follows:**

> **COMG AT THE INT OF THE N/L OF THE S1/2 PF SEC 32, R2W, 7 THE E ROW/L OF U.S. HWY 45 RUN 06 DEG 08MIN 58 SEC W ALG SD E ROY/L 441.77 FT TO THE POB OF THE PARCEL HEREIN DESC.**

**One black 2014 Ford Mustang Coupe, VIN 1ZVBP8CF7E5280204**

2

**One Husqvarna lawn tractor, Model M-ZT61, Serial No. 042514B002339, including a Kawasaki engine with Serial No. FS691VA29169;**

**$14,769.00, more or less, in United States Currency.**

AND WHEREAS, by virtue of this order, the United States is now entitled to, pending possible appeal herein, reduce the said property to its possession and notify any and all potential third parties of this Order who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the foregoing and Fed. R. Crim. P. 32.2(b), the above-described property if hereby forfeited to and vested in the United States of America for disposition according to law, subject to the provisions of Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

That the aforementioned property is authorized to be held by the United States Marshals Service or any authorized agent involved in this case to retain in their secure custody and control and dispose of it in accordance with law.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2), for the filing of third-party petitions. The Court shall forward three (3) certified copies of this

Order to Assistant United States Attorney Gloria A. Bedwell, United States Attorney's Office, Southern District of Alabama.

**DONE and ORDERED** this 16th day of August, 2016.

        /s/  Callie V. S. Granade
        SENIOR UNITED STATES DISTRICT JUDGE