# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CRIMINAL NO. 15-00168-CG** |
| | ) | |
| **MANILA CHICAGO,** | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for Final Order of Forfeiture. (Doc. 127).

On August 16, 2016, the Court entered an Amended Order of Forfeiture (Doc. 80), in which it ordered the property described below forfeited to the United States for disposition according to law as set forth therein, subject to notice requirements and the filing and adjudication of any third party petitions asserting an interest in the property ordered forfeited.

The United States published notice in accordance with the applicable rules as set fort its motion, and the deadline for anyone who received such notice has long since expired.

Pursuant to 21 U.S.C. §853(n), any third parties asserting a legal interest in the below-listed forfeiture property were entitled to a judicial determination of the validity of the legal claims interests they asserted. The third parties who asserted their interests in the time required were:

- Regions Bank ("Regions"), the sole lien holder as to the black 2014 Mustang Coupe (Doc. 101);

- Ditech Financial, LLC, ("Ditech") as the sole mortgagee of 13915 South Sprinkle Avenue, Bayou La Batre, Alabama, more specifically described as Lot 1, Sprinkle's First Addition to Bayou La Batre, according to the plat thereof in Map Book 67, Page 73 of the records of the Office of the Judge of Probate of Mobile County, Alabama (Doc. 94); and

- Loan T. Nguyen ("Nguyen"), Manila Chicago's wife, who asserted an interest in several of the assets. (Docs. 84, 85).

The United States reached settlements with Regions and Ditech concerning their petitions. (Docs. 110 and 113).

As to Nguyen's petition, the United States moved to dismiss said petitions (Doc. 109). Nguyen filed a response in opposition, and the United States replied. (Docs. 112, 115). On March 16, 2017, the Court granted the Motion to Dismiss Nguyen's petitions (Doc. 117), and denied a subsequent Motion for Reconsideration on May 5, 2017. (Docs. 117, 118).

With all ancillary proceeding petitions settled or fully adjudicated, the ancillary proceeding is at its end, and this matter is ripe for entry of a Final Order of Forfeiture, amending the Amended Preliminary Order of Forfeiture to account for the valid interests of third parties in accordance with Rule 32.2(c)(2).

The United States has met all statutory requirements for the forfeiture of the below-described property.

**NOW, THEREFORE,** the Court having considered the matter and having been fully advised in the premises, is it **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

Pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. §853, and Rule 32.2(c)(2), the below-listed property is forfeited to the United States for disposition according to law:

- **(a) The Contents of PNC Bank account ending in 7406, held in the names of Manila Chicago and Loan T. Nguyen;**

- **(b) The Contents of PNC Bank account ending in 1595, held in the name of Loan T. Nguyen**

- **(c) One Husqvarna lawn tractor, Model M-ZT61, Serial Number: 042514B002339, including a Kawasaki engine with Serial Number FS691VA29169**

- **(d) The residence and real property at 13915 Sprinkle Avenue, Bayou La Batre, Alabama, in Mobile County, Alabama, legally described as Lot. No. 1, SPRINKLE'S FIRST ADDITION TO BAYOU LA BATRE, according to the plat thereof recorded in Map Book 67, Page 73, of the records in the Office of the Judge of Probate Court, Mobile County, Alabama.[1]**

- **(e) The real property identified as Mobile County Parcel # R021309320000107.02 containing approximately 5.41 acres and legally described as follows:**

  **Commencing at the intersection of the North line of the South Half of Section 32, Township 1 South, Range 2 West, Mobile County, Alabama and the East right of way line of U. S. Highway 45; run South 06 degrees 08'58" West along said East right of way**

---

[1] The Amended Preliminary Order is hereby **ORDERED** amended to account for the third party interest of Ditech in accordance with its settlement agreement with the United States. (Doc. 113). The United States Marshals Service is hereby **ORDERED** to prepare for sale and to sell 13195 Sprinkle Avenue, and pay Ditech from the sale proceeds, after deduction of its fees and other expenses, as set forth in the settlement agreement.

> line, 441.77 feet to the point of beginning of the parcel herein described; thence run North 89 degrees 4 3 '3 7" East, 1060.61 feet to a point; thence run South 07 degrees 06'06" West, 221.50 feet to a point; thence run South 89 degrees 43'37" West, 1056.91 feet to a point on said East right of way line; thence run North 06 degrees 08'58" East along said East right of way line, 221.08 feet to the point of beginning. All according to survey by Polysurveying dated September 24, 2009.

**(f)** **$14,769.00, more or less, in U.S. Currency.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the above described property is hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and,

**IT IS FURTHER ORDERED** that the United States Marshals Service take the above- described property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America has clear title to the above-described property that is the subject of this Order and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the Amended Preliminary Order of Forfeiture became final as to the defendant at the time of sentencing and was orally made a part of the sentence and included in the judgment upon timely request by the Government;

**IT IS FURTHER ORDERED** that as to the **One black 2014 Ford**

**Mustang Coupe, VIN # 1ZVBP8CF7E5280204,** pursuant to the settlement agreement between the United States and Regions, the United States Marshals Service is **ORDERED** to return it to Regions as soon as practicable, with all parties to bear their own costs as they agreed. (Doc. 110).

  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

  **DONE and ORDERED** this 26th day of May, 2017.

       /s/ Callie V. S. Granade
       SENIOR UNITED STATES DISTRICT JUDGE